# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARRELL CONNERS,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 74883

FILED

MAR 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for computation of time. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for computation of time, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Michelle Leavitt, District Judge
      Darrell Conners
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

18-08840